# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOHN PAUL BURNETT**                                                                           **PLAINTIFF**

**v.**                                          **No. 3:19CV175-JMV**

**DESOTO COUNTY JAIL**
**LT. CHAD WICKER**
**SHERIFF BILL ROSCOE**
**DESOTO COUNTY**
**STATE OF MISSISSIPPI**                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 14th day of September, 2020.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE